```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 01149
  JOSEPH J FINK
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6518


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/09/06 and confirmed on 05/24/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  22476.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG          .00            .00            .00
WELLS FARGO HOME MORT    MORTGAGE ARRE     21572.22            .00       21572.22
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 21572.22        .00          .00          .00       21572.22
PRINCIPAL PAID     21572.22        .00          .00          .00       21572.22
INTEREST PAID           .00        .00          .00          .00            .00
TOTAL PAID         21572.22        .00          .00          .00       21572.22
The Debtor's attorney, ARNOLD KAPLAN LTD              , was allowed $       .00
and was paid $       .00 .

The Trustee received $    888.14 .

Refunds to the Debtor totaled $      15.64 .




   Dated: 08/19/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 06 B 01149 JOSEPH J FINK
```